Rochelle Wilcox
Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800
Fax: (213) 633-6899
*rochellewilcox@dwt.com*

Richard B. Katskee*
Alex J. Luchenitser*
Patrick Grubel*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel: (202) 466-3234
Fax: (202) 466-3353
*katskee@au.org*
*luchenitser@au.org*
*grubel@au.org*

\* Pro hac vice motions submitted herewith

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CROSS CULTURE CHRISTIAN CENTER, a California Non-Profit Corporation; PASTOR JONATHAN DUNCAN, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; XAVIER BECERRA, in his official capacity as the Attorney General of California; SONIA ANGELL, in her capacity as California, Public Health Officer; MAGGIE PARK, in her official capacity as Public Health Officer, San Joaquin County; MARCIA CUNNINGHAM, in her official capacity as Director of Emergency Services, San Joaquin County; CITY OF LODI; TOD PATTERSON, in his official capacity as Chief of Police of Lodi, California,<br><br>　　　　　　　Defendants. | No. 2:20-cv-00832-JAM-CKD<br><br>**UNOPPOSED *EX PARTE* APPLICATION OF AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS**<br><br>**Date:**　　　N/A<br>**Time:**　　　N/A<br>**Courtroom:**　6, 14th Floor |

In accordance with Federal Rule of Civil Procedure 7, Americans United for Separation of Church and State ("Americans United") respectfully requests *ex parte* leave to file the attached *amicus curiae* brief in opposition to Plaintiffs' emergency application for a temporary restraining order. All parties have agreed not to oppose this motion for leave to file. Americans United respectfully asks the Court to consider this Application prior to or in conjunction with any hearing or ruling on Plaintiffs' TRO application.

Americans United easily meets this District's requirements to grant *ex parte* relief.  As one court explained:

> "*Ex parte* applications are a form of emergency relief that will only be granted upon an adequate showing of good cause or irreparable injury to the party seeking relief." … The moving party must be "without fault" in creating the need for *ex parte* relief or establish that the "crisis [necessitating the *ex parte* application] occurred as a result of excusable neglect." … An *ex parte* application seeks to bypass the regular noticed motion procedure; consequently, the party requesting *ex parte* relief must establish a basis for giving the application preference.

*Souphasith v. ITT Hartford Life & Annuity Ins. Co.*, No. 1:15-cv-01269-DAD-SKO, 2016 WL 4011510, at *4 (E.D. Cal. July 26, 2016) (citing *Moore v. Chase, Inc.*, No. 1:14-CV-01178-SKO, 2015 WL 4393031, at *4 (E.D. Cal. July 17, 2015); *Clark v. Time Warner Cable*, No. CV-07-1797-VBF(RCx), 2007 WL 1334965, at *1 (C.D. Cal. May 3, 2007); *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995)).

Americans United is without fault in creating this emergency. It has acted as quickly as possible to respond to Plaintiffs' emergency motion, which challenges Defendants' public-health measures on the grounds that they allegedly violate the Free Exercise Clause of the First Amendment to the U.S. Constitution and the Religious Land Use and Institutionalized Persons Act insofar as they are enforced against mass gatherings that take place at religious services. The proposed *amicus* brief addresses these issues.

Americans United is a nonsectarian, nonpartisan organization committed to preserving the constitutional principles of religious freedom and the separation of religion and government. Americans United's attorneys have extensive expertise in church-state and religious-freedom law. In recent weeks, Americans United has submitted *amicus* briefs in six federal and state appellate

and trial courts across the country addressing the application of COVID-19-related public-health orders to houses of worship and religious services.

Americans United believes that its proposed brief would be helpful to the Court by providing case law and argument on at least three relevant issues that are within Americans United's area of expertise. First, the proposed brief explains why rational-basis review is the legally mandated standard for reviewing Plaintiffs' Free Exercise Clause claims. Second, the proposed brief demonstrates that a long and consistent line of case law has concluded that critical public-health measures satisfy even a compelling-interest standard and can constitutionally be applied to religious objectors. Finally, the proposed brief explains that if Defendants were instead required to provide the religious exemption that Plaintiffs here seek, *that* would violate the Establishment Clause of the First Amendment to the U.S. Constitution. *Ex parte* relief is necessary in order for this Court to consider Americans United's proposed brief as it evaluates Plaintiffs' TRO request.

For the foregoing reasons, Americans United respectfully requests that the Court grant this Application to file the attached proposed *amicus* brief.

Respectfully submitted,

RICHARD B. KATSKEE*
ALEX J. LUCHENITSER*
PATRICK GRUBEL*
   Americans United for Separation of
     Church and State
1310 L Street NW, Suite 200
Washington, D.C. 20005
(202) 466-3234
*katskee@au.org*
*luchenitser@au.org*
*grubel@au.org*

/s/ *Rochelle Wilcox*
ROCHELLE WILCOX
   Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800
Fax: (213) 633-6899
*rochellewilcox@dwt.com*

*Counsel for Movant/*Amicus Curiae

Date:    April 28, 2020

*Pro hac vice* motions submitted herewith.

**CERTIFICATE OF SERVICE**

I certify that on April 28, 2020, the foregoing application was filed using the Court's CM/ECF system. All counsel who have made appearances in this case are registered CM/ECF users and will be served electronically via that system. I have further emailed this application, together will all documents filed with it, to the attorneys who I understand will be representing the defendants who have not yet made appearances: Todd Grabarsky (Todd.Grabarsky@doj.ca.gov), counsel for defendants Newsom, Becerra, and Angell; Deborah Fox (dfox@meyersnave.com), counsel for defendants Park and Cunningham; and Janice Magdich (jmagdich@lodi.gov), counsel for defendants City of Lodi and Patterson.

/s/ *Rochelle Wilcox*

APPLICATION OF AMERICANS UNITED FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF