```
Dean R. Broyles, Esq., CA Bar No. 179535
dbroyles@nclplaw.org
NATIONAL CENTER FOR LAW & POLICY
539 West Grand Avenue
Escondido, California 92025
Tel: (760) 747-4529
Fax: (760) 747-4505


Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerbursch.com
Nada N. Higuera, Esq., CA Bar No. 299819
nhiguera@tylerbursch.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Tel: (951) 600-2733
Fax: (951) 600-4996
```

Attorneys for Plaintiffs

**FILED**

**MAY 0 4 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **CROSS CULTURE CHRISTIAN CENTER**, a California Non-Profit Corporation; **PASTOR JONATHAN DUNCAN**, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>**GAVIN NEWSOM**, in his official capacity as Governor of California; **XAVIER BECERRA**, in his official capacity as the Attorney General of California; **SONIA ANGELL**, in her capacity as California | Case No.: 2:20-CV-00832-JAM-CKD<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT |

1

Public Health Officer; **MAGGIE PARK**, in her official capacity as Public Health Officer, San Joaquin County; **MARCIA CUNNINGHAM**, in her official capacity as Director of Emergency Services, San Joaquin County; **CITY OF LODI**; **TOD PATTERSON**, in his official capacity as Chief of Police of Lodi, California,

Defendants.

IT IS HEREBY ORDERED that based on the Plaintiffs' Motion to Exceed Page Limit, and for good cause shown, the Court grants the Plaintiffs' Motion. The Plaintiffs shall be granted leave to exceed the page limit for their Reply to Defendants' Oppositions to Application for Temporary Restraining Order and Amicus Curiae Brief filed by Americans United for Separation of Church and State nine (9) pages, for a total of nineteen (19) pages.

IT IS SO ORDERED.

Dated: May 1, 2020

_____
The Honorable John A. Mendez
District Judge