Dean R. Broyles, Esq., CA Bar No. 179535
dbroyles@nclplaw.org
NATIONAL CENTER FOR LAW & POLICY
539 West Grand Avenue
Escondido, California 92025
Tel:  (760) 747-4529
Fax: (760) 747-4505

Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerbursch.com
Nada N. Higuera, Esq., CA Bar No. 299819
nhiguera@tylerbursch.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Tel:   (951) 600-2733
Fax:  (951) 600-4996

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **CROSS CULTURE CHRISTIAN CENTER**, a California Non-Profit Corporation; **PASTOR JONATHAN DUNCAN**, an individual<br><br>                 Plaintiffs,<br><br>        vs.<br><br>**GAVIN NEWSOM**, in his official capacity as Governor of California; **XAVIER BECERRA**, in his official capacity as the | No. 2:20-cv-00832-JAM-CKD<br><br>**Stipulation and Order Withdrawing Plaintiffs' *Ex Parte* Application for an Order Granting Injunction Pending Appeal** |

Attorney General of California; **SONIA ANGELL**, in her capacity as California Public Health Officer; **MAGGIE PARK**, in her official capacity as Public Health Officer, San Joaquin County; **MARCIA CUNNINGHAM**, in her official capacity as Director of Emergency Services, San Joaquin County; **CITY OF LODI**; **TOD PATTERSON**, in his official capacity as Chief of Police of Lodi, California,

Defendants.

The undersigned counsel for the parties stipulate that Plaintiffs' Ex-parte Application for an Order Granting Injunction Pending Appeal is hereby withdrawn due to changed circumstances.

Dated:  May 27, 2020                s/ Dean R. Broyles, Esq.
                                    Dean R. Broyles
                                    National Center for Law & Policy

Dated:  May 27, 2020                s/ Robert H. Tyler, Esq.
                                    Robert H. Tyler
                                    Nada Higuera
                                    Tyler & Bursch, LLP

                                    *Attorneys for Plaintiffs-Appellants, Cross Culture Christian Center and Pastor Jonathan Duncan*

Dated:  May 27, 2020                s/ Todd Grabarsky, Esq.
                                    Todd Grabarsky
                                    Deputy Attorney General

                                    *Attorney for Defendants Gavin Newsom, Xavier Becerra, and Sonia Angell, in their official capacities*

2

Stipulation and Order Withdrawing Plaintiffs' *Ex Parte* Application for an Order Granting Injunction Pending Appeal

Dated:  May 27, 2020

s/ Deborah J. Fox, Esq.
Deborah J. Fox
MEYERS, NAVE, RIBACK, SILVER & WILSON

*Attorney for Defendants Dr. Maggie Park, Marcia Cunningham, City of Lodi and Police Chief Brucia*

**IT IS SO ORDERED.**

/s/ John A. Mendez

Dated:  May 27, 2020

Honorable United States District Court Judge

Stipulation and Order Withdrawing Plaintiffs' *Ex Parte* Application for an Order Granting Injunction Pending Appeal