Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
Matthew B. Nazareth (SBN: 278405)
mnazareth@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, Suite 1200
Sacramento, California 95814
Telephone: (916) 556-1531

Attorneys for Defendants
DR. MAGGIE PARK, MARCIA
CUNNINGHAM, CITY OF LODI AND
POLICE CHIEF BRUCIA

Janice D. Magdich, City Attorney (SBN 188278)
jmagdich@lodi.gov
City of Lodi
P.O. Box 3006
Lodi, California 95241
209-333-6701

Attorney for Defendants
CITY OF LODI AND POLICE CHIEF BRUCIA

J. Mark Myles, County Counsel (SBN 200832)
jmyles@sjgov.org
Kristen Hegge, Chief Deputy County Counsel (SBN 125210)
khegge@sjgov.org
San Joaquin County
44 North San Joaquin Street
Sixth Floor Suite 679
Stockton, California 95202
Phone: (209) 468-2980

Attorneys for Defendants
DR. MAGGIE PARK AND MARCIA CUNNINGHAM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CROSS CULTURE CHRISTIAN CENTER, a California Non-Profit Corporation; PASTOR JONATHAN DUNCAN, an individual, CORNERSTONE CHURCH, a California Non-Profit Corporation; and PASTOR JIM FRANKLIN, an individual | Case No. 2:20-cv-00832-JAM-CKD |
| Plaintiffs, | **STIPULATION AND ORDER GRANTING CONSOLIDATED DEADLINES FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| v. | The Hon. John A. Mendez |
| GAVIN NEWSOM, in his official | Trial Date:          None Set |

Case No. 2:20-cv-00832-JAM-CKD

STIPULATION AND [PROPOSED] ORDER GRANTING CONSOLIDATED DEADLINES FOR DEFENDANTS
TO RESPOND TO THE FIRST AMENDED COMPLAINT

capacity as Governor of California; XAVIER BECERRA, in his official capacity as the Attorney General of California; SONIA ANGELL, in her official capacity as California Public Health Officer; MAGGIE PARK, in her official capacity as Public Health Officer, San Joaquin County; MARCIA CUNNINGHAM, in her official capacity as Director of Emergency Services, San Joaquin County; RAIS VOHRA, in his official capacity as Interim Health Officer, Fresno County; DAVID POMAVILLE, in his official capacity as Director of Department of Public Health, Fresno County; CITY OF LODI; SIERRA BRUCIA, in his official capacity as Chief of Police of Lodi, California,

Defendants.

STIPULATION AND [PROPOSED] ORDER GRANTING CONSOLIDATED DEADLINES FOR DEFENDANTS
TO RESPOND TO THE FIRST AMENDED COMPLAINT

**STIPULATION**

Defendants Gavin Newsom; Xavier Becerra; Sonia Angell; Maggie Park, in her official capacity as Public Health Officer, San Joaquin County; Marcia Cunningham, in her official capacity as Director of Emergency Services, San Joaquin County; City of Lodi; Police Chief Brucia and Plaintiffs Cross Culture Christian Center, Pastor Jonathan Duncan, Cornerstone Church, and Pastor Jim Franklin, by and through their undersigned counsel, hereby stipulate and request that the Court order that the deadline for all defendants who have made an appearance in this matter to file their response to Plaintiffs' First Amended Complaint be hereby consolidated and set on July 15, 2020, on the following grounds:

1.     Plaintiffs filed the First Amended Complaint with the Court on June 16, 2020;

2.     Plaintiffs' First Amended Complaint added new parties, including additional defendants who have not yet appeared in the case;

3.     At present time, the undersigned defendants' deadline to respond to the First Amended Complaint is June 30, 2020, while the newly added defendants will have later deadlines depending on the dates of service, but no earlier than July 7, 2020;

4.     To avoid burdening the court with several rounds of pleadings on various dates, the parties stipulate to consolidating the deadlines for the defendants who have already appeared in this matter to file their responsive pleading to the First Amended Complaint to July 15, 2020.

5.     Based on this stipulation, the parties request that the Court enter an order setting the deadline for all undersigned defendants to respond to the First Amended Complaint on July 15, 2020.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL** to the following:

1.     That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients.

2.     That the date for Defendants who have previously appeared before this court to file a responsive pleading to Plaintiffs' First Amended Complaint is consolidated and extended to July 15, 2020.

1    **IT IS SO STIPULATED.**

2

3    DATED:  June 24, 2020                    MEYERS, NAVE, RIBACK, SILVER & WILSON

4

5                                             By:        /s/ Deborah J. Fox

6                                                   DEBORAH J. FOX
                                                  Attorneys for Defendants
7                                                 DR. MAGGIE PARK, MARCIA
                                                  CUNNINGHAM, CITY OF LODI AND
8                                                 POLICE CHIEF BRUCIA

9    DATED:  June 24, 2020                    ATTORNEY GENERAL OF CALIFORNIA

10

11

12                                            By:        /s/ Todd Grabarsky (authorized to sign)
                                                  TODD GRABARSKY
13                                                Attorneys for Defendants
                                                  GOVERNOR GAVIN NEWSOM; ATTORNEY
14                                                GENERAL XAVIER BECERRA; AND PUBLIC
                                                  HEALTH OFFICER DR. SONIA ANGELL
15

16   DATED:  June 24, 2020                    NATIONAL  CENTER FOR LAW & POLICY

17

18

19                                            By:        /s/ Dean R. Broyles (authorized to sign)
                                                  Dean R. Broyles
20                                                Attorneys for Plaintiffs
                                                  CROSS CULTURE CHRISTIAN
21                                                CENTER; PASTOR JONATHAN
                                                  DUNCAN; CORNERSTONE CHURCH; AND
22                                                PASTOR JIM FRANKLIN

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING CONSOLIDATED DEADLINES FOR DEFENDANTS
TO RESPOND TO THE FIRST AMENDED COMPLAINT

1

**<u>ORDER</u>**

2      The Court, having reviewed the Parties' stipulation regarding extending the deadline for

3   defendants who have previously appeared before this Court, to respond to Plaintiffs' First

4   Amended Complaint in this matter [Dkt. 45], and good cause appearing therefore,

5      IT IS HEREBY ORDERED that the time for defendants who have previously appeared

6   before this Court to respond to Plaintiffs' First Amended Complaint is consolidated and extended

7   until July 15, 2020.

8

9   **IT IS SO ORDERED.**

10

11   DATE:  June 24, 2020                    /s/ John A. Mendez_____

12                                          Honorable John A. Mendez
                                            UNITED STATES DISTRICT COURT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING CONSOLIDATED DEADLINES FOR DEFENDANTS
TO RESPOND TO THE FIRST AMENDED COMPLAINT