XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
AMIE L. MEDLEY, State Bar No. 266586
Deputy Attorney General
TODD GRABARSKY, State Bar No. 286999
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6044
 Fax:  (916) 731-2124
 E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Governor Gavin Newsom, Attorney General Xavier Becerra, and Public Health Officer Dr. Sonia Angell*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CROSS CULTURE CHRISTIAN CENTER et al.,**<br><br>                                    Plaintiffs,<br><br>        v.<br><br>**GAVIN NEWSOM et al.,**<br><br>                                    Defendants. | 2:20-cv-00832-JAM-CKD<br><br>**STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:            Hon. John A. Mendez<br>Action Filed:  April 22, 2020 |

**STIPULATION**

Defendants Governor Gavin Newsom; Attorney General Xavier Becerra; California Public Health Officer Sonia Angell; Maggie Park, in her official capacity as Public Health Officer, San Joaquin County; Marcia Cunningham, in her official capacity as Director of Emergency Services, San Joaquin County; City of Lodi; and Police Chief Sierra Brucia (collectively "Defendants"); and Plaintiffs Cross Culture Christian Center, Pastor Jonathan Duncan, Cornerstone Church, and Pastor Jim Franklin, by and through their undersigned counsel, hereby stipulate and request that the Court order that the deadline for Defendants to file their response to Plaintiffs' First Amended Complaint be extended to July 27, 2020, on the following grounds:

1.  Plaintiffs filed the operative First Amended Complaint with the Court on June 16, 2020;

2.  Upon prior stipulation of the parties and order of the Court, Defendants' current deadline to respond to the First Amended Complaint is July 15, 2020;

3.  Plaintiffs have expressed to Defendants their intention to file a Second Amended Complaint;

4.  The parties are evaluating Plaintiffs' request to stipulate to filing a Second Amended Complaint, including review of the proposed Second Amended Complaint once it has been prepared, and may not reach an agreement before the July 15, 2020 deadline;

5.  In the abundance of caution and to preserve the resources of the parties and the Court, the parties request that the Court enter an order extending the deadline for Defendants to respond to the First Amended Complaint to July 27, 2020.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL to the following:**

1.  That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients;

2.  That the date for Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint is extended to July 27, 2020.

//

**IT IS SO STIPULATED.**

Dated: July 10, 2020

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ Todd Grabarsky*[1]
TODD GRABARSKY
Deputy Attorney General
AMIE L. MEDLEY
Deputy Attorney General
*Attorneys for Governor Gavin Newsom, Attorney General Xavier Becerra, and Public Health Officer Dr. Sonia Angell*

Dated: July 10, 2020

MEYERS, NAVE, RIBACK, SILVER & WILSON

*/s/ Deborah Fox*
DEBORAH J. FOX
*Attorneys for Defendants Dr. Maggie Park, Marcia Cunningham, City of Lodi, and Police Chief Brucia*

Dated: July 10, 2020

NATIONAL CENTER FOR LAW & POLICY

*/s/ Dean R. Broyles*
Dean R. Broyles
*Attorneys For Plaintiffs Cross Culture Christian Center; Pastor Jonathan Duncan; Cornerstone Church; and Pastor Jim Franklin*

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3

**ORDER**

The Court, having reviewed the Parties' stipulation regarding extending the deadline for Defendants Governor Gavin Newsom; Attorney General Xavier Becerra; California Public Health Officer Sonia Angell; Maggie Park, in her official capacity as Public Health Officer, San Joaquin County; Marcia Cunningham, in her official capacity as Director of Emergency Services, San Joaquin County; City of Lodi; and Police Chief Sierra Brucia (collectively "Defendants") to respond to Plaintiffs' First Amended Complaint in this matter [Dkt. 45], and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for Defendants to respond to Plaintiffs' First Amended Complaint is extended until July 27, 2020.

IT IS SO ORDERED.

Dated: July 10, 2020        /s/ John A. Mendez
                             The Honorable John A. Mendez
                             United States District Court Judge

.