XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
TODD GRABARSKY, State Bar No. 286999
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6044
 Fax:  (916) 731-2124
 E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Governor Gavin Newsom, Attorney General Xavier Becerra, and Public Health Officer Dr. Sonia Angell*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CROSS CULTURE CHRISTIAN CENTER et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM et al.,**<br><br>Defendants. | 2:20-cv-00832-JAM-CKD<br><br>**STIPULATION AND ORDER GRANTING AN ENLARGEMENT OF PAGE LIMITS FOR BRIEFING RELATED TO DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS THE AMENDED COMPLAINT**<br><br>**(AS MODIFIED BY THE COURT)**<br><br>Judge:         Hon. John A. Mendez<br>Action Filed:  April 22, 2020 |

1

# STIPULATION

Defendants Governor Gavin Newsom; Attorney General Xavier Becerra; California Public Health Officer Sonia Angell; Maggie Park, in her official capacity as Public Health Officer, San Joaquin County; Marcia Cunningham, in her official capacity as Director of Emergency Services, San Joaquin County; City of Lodi; and Police Chief Sierra Brucia (collectively "Defendants"); and Plaintiffs Cross Culture Christian Center, Pastor Jonathan Duncan, Cornerstone Church, and Pastor Jim Franklin (collectively "Plaintiffs"), by and through their undersigned counsel, hereby stipulate and request that the Court order an enlargement of the page limits for the briefing related to Defendants' anticipated motions to dismiss Plaintiffs' First Amended Complaint, on the following grounds:

1. Plaintiffs filed the operative First Amended Complaint with the Court on June 16, 2020 (ECF No. 45);

2. Upon prior stipulation of the parties and order of the Court, Defendants' current deadline to respond to the First Amended Complaint is July 27, 2020 (ECF No. 50);

3. Defendants intend to file motions to dismiss the First Amended Complaint by the July 27 deadline;

4. The Court's Standing Order sets pages limits of fifteen (15) pages for memoranda of law in support of and in opposition to motions to dismiss, and five (5) pages for reply memoranda (ECF No. 3-2, at 1);

5. The number, complexity, and importance of the issues raised in Plaintiffs' First Amended Complaint have made it necessary for the parties to exceed the page limit for their briefing related to Defendants' anticipated motions to dismiss;

6. The parties thus stipulate to and request that the Court enter an order enlarging the page limits to twenty-five (25) pages for memoranda of law in support of and in opposition to Defendants' anticipated motions to dismiss the First Amended Complaint, and ten (10) pages for reply memoranda related thereto.

/ /

/ /

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL TO THE FOLLOWING:**

1. That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients;

2. That the parties request that the Court enter an order enlarging the page limits to twenty-five (20) pages for memoranda of law in support of and in opposition to Defendants' anticipated motions to dismiss the First Amended Complaint, and ten (10) pages for reply memoranda related thereto.

**IT IS SO STIPULATED.**

Dated: July 22, 2020

          XAVIER BECERRA
          Attorney General of California
          MARK R. BECKINGTON
          Supervising Deputy Attorney General

*/s/ Todd Grabarsky*[1]
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Governor Gavin Newsom, Attorney General Xavier Becerra, and Public Health Officer Dr. Sonia Angell*

Dated: July 22, 2020

          MEYERS, NAVE, RIBACK, SILVER & WILSON

*/s/ Deborah Fox*
DEBORAH J. FOX
*Attorneys for Defendants Dr. Maggie Park, Marcia Cunningham, City of Lodi, and Police Chief Brucia*

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 22, 2020

TYLER & BURSCH, LLP

<u>/s/ Nada H. Higuera</u>
Nada H. Higuera
*Attorneys For Plaintiffs Cross Culture Christian Center; Pastor Jonathan Duncan; Cornerstone Church; and Pastor Jim Franklin*

## ORDER  (AS MODIFIED BY THE COURT)

The Court, having reviewed the Parties' stipulation regarding enlarging the page limits on the briefing related to Defendants' anticipated motions to dismiss the First Amended Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that the page limits are enlarged to twenty (20) pages for memoranda of law in support of and in opposition to Defendants' anticipated motions to dismiss the First Amended Complaint, and ten (10) pages for reply memoranda related thereto.

.

IT IS SO ORDERED.

Dated:  July 22, 2020                    /s/ John A. Mendez_____
                                         The Honorable John A. Mendez
                                         United States District Court Judge

.