XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
TODD GRABARSKY, State Bar No. 286999
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6044
  Fax:  (916) 731-2124
  E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Governor Gavin Newsom, Attorney General Xavier Becerra, and Public Health Officer Dr. Sonia Angell*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CROSS CULTURE CHRISTIAN CENTER et al.**,<br><br>                              Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM et al.**,<br><br>                              Defendants. | 2:20-cv-00832-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO SUBMIT A JOINT STATUS REPORT**<br><br>Judge:           Hon. John A. Mendez<br>Action Filed:  April 22, 2020 |

# STIPULATION

Defendants Governor Gavin Newsom, Attorney General Xavier Becerra, California Public Health Officer Sonia Angell, San Joaquin County Public Health Officer Maggie Park, San Joaquin County Director of Emergency Services Marcia Cunningham, City of Lodi, Police Chief Sierra Brucia, Fresno County Interim Health Officer Rais Vohra, Fresno County Department of Public Health Director David Pomaville (collectively "Defendants"); and Plaintiffs Cross Culture Christian Center, Pastor Jonathan Duncan, Cornerstone Church, and Pastor Jim Franklin (collectively "Plaintiffs"), by and through their undersigned counsel, hereby stipulate and request that the Court order that the deadline for the parties to prepare and submit a Rule 26(f) joint status report be extended to September 9, 2020, on the following grounds:

1. Plaintiffs filed the operative First Amended Complaint with the Court on June 16, 2020 (ECF No. 45);

2. The current deadline for the parties to submit a Rule 26(f) joint status report is August 17, 2020 (ECF No. 3, at 2);

3. In light of other deadlines in this matter and the recent appearance of counsel for the Fresno County defendants (*see* ECF Nos. 60-63), the parties were unable to confer and prepare the joint status report by the current deadline;

4. The parties thus stipulate to and request that the Court enter an order extending the deadline for the parties to prepare and submit a Rule 26(f) joint status report to September 9, 2020.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL TO THE FOLLOWING:**

1. That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients;

2. That the parties request that the Court enter an order extending the deadline for the parties to prepare and submit a Rule 26(f) joint status report to September 9, 2020.

//

//

**IT IS SO STIPULATED.**

Dated:  August 17, 2020

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ Todd Grabarsky*[1]
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Governor Gavin Newsom, Attorney General Xavier Becerra, and Public Health Officer Dr. Sonia Angell*

Dated:  August 17, 2020

MEYERS, NAVE, RIBACK, SILVER & WILSON

*/s/ Deborah Fox*
DEBORAH J. FOX
*Attorneys for Defendants Dr. Maggie Park, Marcia Cunningham, City of Lodi, and Police Chief Brucia*

Dated:  August 17, 2020

COUNTY OF FRESNO, OFFICE OF THE COUNTY COUNSEL

*/s/ Daniel C. Cederborg*
DANIEL C. CEDERBORG
*Attorneys for Defendants Dr. Rais Vohra and David Pomaville*

Dated:  August 17, 2020

THE NATIONAL CENTER FOR LAW & POLICY

*/s/ Dean R. Broyles*
Dean R. Broyles
*Attorneys For Plaintiffs Cross Culture Christian Center; Pastor Jonathan Duncan; Cornerstone Church; and Pastor Jim Franklin*

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

The Court, having reviewed the Parties' stipulation regarding extending the deadline to file a Rule 26(f) joint status report, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for the parties to prepare and submit a Rule 26(f) joint status report be extended to September 9, 2020.

IT IS SO ORDERED.

Dated:   August 18, 2020          /s/ John A. Mendez_____
                                  The Honorable John A. Mendez
                                  United States District Court Judge