UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CROSS CULTURE CHRISTIAN CENTER**, a California Non-Profit Corporation; **PASTOR JONATHAN DUNCAN**, an individual; **CORNERSTONE CHURCH**, a California Non-Profit Corporation; and **PASTOR JIM FRANKLIN**, an individual<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**GAVIN NEWSOM**, in his official capacity as Governor of California; **XAVIER BECERRA**, in his official capacity as the Attorney General of California; **SONIA ANGELL**, in her official capacity as California Public Health Officer; **MAGGIE PARK**, in her official capacity as Public Health Officer, San Joaquin County; **MARCIA CUNNINGHAM**, in her official capacity as Director of Emergency Services, San Joaquin County; **RAIS VOHRA**, in his official capacity as Interim Health Officer, Fresno County; **DAVID POMAVILLE**, in his official capacity as Director of Department of Public Health, | Case No.:  2:20-CV-00832-JAM-CKD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT** |

**1**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT**

Fresno County; **CITY OF LODI**; **SIERRA BRUCIA**, in his official capacity as Chief of Police of Lodi, California,
        **Defendants.**

IT IS HEREBY ORDERED that based on the Plaintiffs' Motion to Exceed Page Limit, and for good cause shown, the Court grants the Plaintiffs' Motion. The Plaintiffs shall be granted leave to exceed the page limit for their Joint Opposition to the two (2) Motions to Dismiss filed by the State Defendants and the San Joaquin and Lodi Defendants by nine (9) pages, for a total of twenty-four (24) pages.

IT IS SO ORDERED.

Dated: 9/16/2020                                        /s/ John A. Mendez
                                                                       The Honorable John A, Mendez
                                                                       United States District Court Judge

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT**