1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  TODD GRABARSKY, State Bar No. 286999
   Deputy Attorney General
4    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013
5    Telephone:  (213) 269-6044
     Fax:  (916) 731-2124
6    E-mail:  Todd.Grabarsky@doj.ca.gov
   *Attorneys for Governor Gavin Newsom, Attorney*
7  *General Xavier Becerra, and Public Health Officer*
   *Dr. Tomás Aragón*[1]

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12
   **CROSS CULTURE CHRISTIAN CENTER**          2:20-cv-00832-JAM-CKD
13 **et al.,**
                                               **STIPULATION AND ORDER**
14                              Plaintiffs,     **GRANTING AN EXTENSION OF TIME**
                                               **FOR DEFENDANTS TO RESPOND TO**
15           v.                                **THE SECOND AMENDED COMPLAINT**

16
   **GAVIN NEWSOM et al.,**
17
                                Defendants.
18

19

20       Defendants Governor Gavin Newsom; Attorney General Xavier Becerra; California Public

21 Health Officer Tomás Aragón; Maggie Park, in her official capacity as Public Health Officer, San

22 Joaquin County; Marcia Cunningham, in her official capacity as Director of Emergency Services,

23 San Joaquin County; Dr. Rais Vohra, in his official capacity as Interim Health Officer, Fresno

24 County; and David Pomaville, in his official Capacity as Director of Department of Public

25 Health, Fresno County (collectively "Defendants"); and Plaintiffs Cross Culture Christian Center,

26 Pastor Jonathan Duncan, Cornerstone Church, and Pastor Jim Franklin, by and through their

27

28 ─────────────
       [1] Dr. Tomás Aragón, the current Director of the California Department of Public Health, is
   automatically substituted for Sonia Angell as a defendant.  Fed. R. Civ. P. 25(d).

                                               1

undersigned counsel, hereby stipulate and request that the Court order that the deadline for Defendants to file their response to Plaintiffs' Second Amended Complaint be extended to twenty-one (21) days after the Court issues its ruling on Plaintiffs' intended motion for preliminary injunction, on the following grounds:

1.     Plaintiffs filed the operative Second Amended Complaint on January 15, 2021 (ECF No. 98);

2.     Defendants' current deadline to respond to the Second Amended Complaint is February 5, 2021 (*see* ECF No. 90);

3.     On January 22, 2021, the parties engaged in a meet-and-confer telephonic conference, during which counsel for Plaintiffs informed counsel for Defendants that Plaintiffs intend to file a motion for preliminary injunction on or before February 8, 2021 after confirming the Court's earliest availability for a hearing is on March 9, 2021 at 1:30 p.m.;

4.     To conserve judicial and party resources, the parties have agreed to extend the deadline for Defendants to respond to the Second Amended Complaint until twenty-one (21) days after the Court issues its ruling on Plaintiffs' intended motion for preliminary injunction.

5.     In the event that Plaintiffs do not file a motion for preliminary injunction on or before February 8, 2021, the parties agree that Defendants' deadline to respond to the Second Amended Complaint should be extended to March 1, 2021.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL TO THE FOLLOWING:**

1.     That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients;

2.     That Plaintiffs intend to file a motion for preliminary injunction on or before February 8, 2021;

3.     That the date for Defendants to respond to the Second Amended Complaint is extended to twenty-one (21) days after the Court issues its ruling on Plaintiffs' intended motion for preliminary injunction;

/ /

1      4.      That, in the event that Plaintiffs do not file a motion for preliminary injunction on or

2  before February 8, 2021, the parties agree that Defendants' deadline to respond to the Second

3  Amended Complaint should be extended until March 1, 2021.

4  **IT IS SO STIPULATED.**

5  Dated:  January 25, 2021                              XAVIER BECERRA

6                                                        Attorney General of California
                                                         MARK R. BECKINGTON
7                                                        Supervising Deputy Attorney General

8

9                                                        */s/ Todd Grabarsky*[2]
                                                         TODD GRABARSKY
10                                                       Deputy Attorney General
                                                         *Attorneys for Defendants Governor Gavin*
11                                                       *Newsom, Attorney General Xavier Becerra,*
                                                         *and Public Health Officer Dr. Tomás*
12                                                       *Aragón*

13  Dated:  January 25, 2021                             MEYERS, NAVE, RIBACK, SILVER &

14                                                       WILSON

15

16                                                       */s/ Deborah J. Fox*
                                                         DEBORAH J. FOX
17                                                       *Attorneys for Defendants Dr. Maggie Park*
                                                         *and Marcia Cunningham*
18

19

20  Dated:  January 25, 2021                             COUNTY OF FRESNO, OFFICE OF
                                                         COUNTY COUNSEL
21

22                                                       */s/ Daniel C. Cederborg*

23                                                       DANIEL C. CEDERBORG
                                                         *Attorneys for Defendants Dr. Rais Vohra*
24                                                       *and David Pomaville*

25  //

26  //

27  _____

28      [2] I hereby attest that all other signatories listed, and on whose behalf the filing is
submitted, concur in the filing's content and have authorized the filing.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 25, 2021

NATIONAL CENTER FOR LAW & POLICY

*/s/ Dean R. Broyles*
Dean R. Broyles
*Attorneys For Plaintiffs Cross Culture Christian Center; Pastor Jonathan Duncan; Cornerstone Church; and Pastor Jim Franklin*

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having reviewed the Parties' stipulation regarding extending the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint in this matter [Dkt. 98], and good cause appearing therefore,

IT IS HEREBY ORDERED that, given that Plaintiffs intend to file a motion for preliminary injunction on or before February 8, 2021, the time for Defendants to respond to the Second Amended Complaint is extended to twenty-one (21) days after the Court issues its ruling on Plaintiffs' intended motion for preliminary injunction;

IT IS FURTHER ORDERED THAT, in the event that Plaintiffs do not file a motion for preliminary injunction on or before February 8, 2021, Defendants' deadline to respond to the Second Amended Complaint shall be extended to March 1, 2021.

DATED:  January 25, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE