XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
TODD GRABARSKY, State Bar No. 286999
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 269-6044
  Fax: (916) 731-2124
  E-mail: Todd.Grabarsky@doj.ca.gov
*Attorneys for Governor Gavin Newsom, Attorney General Xavier Becerra, and Public Health Officer Dr. Tomás Aragón*[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CROSS CULTURE CHRISTIAN CENTER et al.**, <br><br>  Plaintiffs,<br><br> v.<br><br> **GAVIN NEWSOM et al.**,<br><br>  Defendants. | 2:20-cv-00832-JAM-CKD <br><br> **STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

Defendants Governor Gavin Newsom; Attorney General Xavier Becerra; California Public Health Officer Tomás Aragón; Maggie Park, in her official capacity as Public Health Officer, San Joaquin County; Marcia Cunningham, in her official capacity as Director of Emergency Services, San Joaquin County; Dr. Rais Vohra, in his official capacity as Interim Health Officer, Fresno County; and David Pomaville, in his official Capacity as Director of Department of Public Health, Fresno County (collectively "Defendants"); and Plaintiffs Cross Culture Christian Center, Pastor Jonathan Duncan, Cornerstone Church, and Pastor Jim Franklin (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby stipulate and request that the Court order that the deadline for Defendants to file their response to Plaintiffs' Second Amended Complaint be

---

[1] Dr. Tomás Aragón, the current Director of the California Department of Public Health, is automatically substituted for Sonia Angell as a defendant. Fed. R. Civ. P. 25(d).

1

extended on the following grounds:

1.  Plaintiffs filed the operative Second Amended Complaint on January 15, 2021 (ECF No. 98);

2.  Plaintiffs filed a Motion for Preliminary Injunction on February 8, 2021 (ECF No. 102);

3.  On March 9, 2021, the Court denied the preliminary injunction motion (ECF No. 126);

4.  Upon prior stipulation and order of the Court, Defendants' deadline to file responsive pleadings to the Second Amended Complaint is twenty-one days after the ruling on the preliminary injunction motion, which is March 30, 2021 (*see* ECF No. 101);

5.  On March 12, 2021, the parties engaged in a meet-and-confer telephonic conference, during which counsel discussed extending Defendants' deadline to respond to the Second Amended Complaint in light of the fact that Plaintiffs are contemplating whether to appeal the Court's order denying the preliminary injunction motion;

6.  To conserve judicial and party resources, the parties have agreed to extend the deadline for Defendants to respond to the Second Amended Complaint until April 30, 2021;

7.  In the event that Plaintiffs file a notice of appeal of the order denying the preliminary injunction motion, the parties agree that Defendants' deadline to respond to the Second Amended Complaint is extended until twenty-one (21) days after the appeal is resolved.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL TO THE FOLLOWING:**

1.  That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients;

2.  That the deadline for Defendants to respond to the Second Amended Complaint is extended until April 30, 2021;

3.  That, in the event that Plaintiffs file a notice of appeal of the order denying the preliminary injunction motion, Defendants' deadline to respond to the Second Amended Complaint is extended until twenty-one (21) days after the appeal is resolved.

**IT IS SO STIPULATED.**

Dated:  March 16, 2021

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ Todd Grabarsky*[2]
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Defendants Governor Gavin Newsom, Attorney General Xavier Becerra, and Public Health Officer Dr. Tomás Aragón*

Dated:  March 16, 2021

MEYERS NAVE

*/s/ Deborah J. Fox*
DEBORAH J. FOX
*Attorneys for Defendants Dr. Maggie Park and Marcia Cunningham*

Dated:  March 16, 2021

COUNTY OF FRESNO, OFFICE OF COUNTY COUNSEL

*/s/ Daniel C. Cederborg*
DANIEL C. CEDERBORG
*Attorneys for Defendants Dr. Rais Vohra and David Pomaville*

Dated:  March 16, 2021

NATIONAL CENTER FOR LAW & POLICY

*/s/ Dean R. Broyles*
Dean R. Broyles
*Attorneys For Plaintiffs Cross Culture Christian Center; Pastor Jonathan Duncan; Cornerstone Church; and Pastor Jim Franklin*

---

[2] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

The Court, having reviewed the Parties' stipulation regarding extending the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint (ECF No. 98) in this matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Defendants to respond to the Second Amended Complaint is extended until April 30, 2021;

IT IS FURTHER ORDERED that, in the event that Plaintiffs file a notice of appeal of the order denying the preliminary injunction motion, Defendants' deadline to respond to the Second Amended Complaint is extended until twenty-one (21) days after the appeal is resolved.

Dated: March 17, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE